the appellants. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. ROBERT T. McGRATH, Appellant, against GEORGE KILGEN AND SONS and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision affirmed. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Hasbrouck, J., dissents.

In the Matter of the Claim of W. L. HANCHETT, Respondent, against SINCLAIR REFINING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GRACE KOHN, Appellant, against A. PERLMAN IRON WORKS, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JENNIE WESTERMAN, Respondent, against EQUIPMENT AND SUPPLY COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LOUISE MOURITSEN, Respondent, against CHARLES G. RICHENECKER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of contributions " for the period of one year prior to the date of the accident," within section 17 of the Workmen's Compensation Law. Van Kirk, P. J., Hinman and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., concur on the further ground that certification does not comply with section 121-a.*

In the Matter of the Claim of MOSES HENDRICKS, Respondent, against VAN LEAR WOODWARD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROBERT KOLODICK, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., dissent on the ground that claimant's condition is not shown to be due to the injury of 1917 rather than that of 1920, and on the further ground that his earning capacity was not properly determined.

In the Matter of the Claim of NELLIE MARCH, Respondent, against GENERAL ELECTRIC COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HARRIET E. SMITH, Respondent, against NORTH-PORT WATER WORKS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, Hill and Hasbrouck, JJ., concur; Hinman and Whitmyer, JJ., dissent.

* Added by Laws of 1923, chap. 46. Since amd. by Laws of 1929, chap. 300, effective April 5, 1929.— [REP.